TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**



APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA
 -against-
SHAWN PHILLIPS,
JEFFREY NOVIS, and
PHILIP PRIOLO,
 Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR 21 566

Docket Number
**BROWN, J.**
**LOCKE, M. J.**

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Ann F. Entwistle
Firm Name: Consumer Protection Branch, U.S. Department of Justice
Address: 450 5th St. NW, Suite 6400 South
 Washington, DC, 20001
Phone Number: 202-305-3630
E-Mail Address: Ann.F.Entwistle@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation; risk of flight and evidence destruction.

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Central Islip  NEW YORK

11/9/21

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
 DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:___; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

11/9/2021
DATE

SIGNATURE