

**U.S. Department of Justice**
Consumer Protection Branch

---

**Ann Entwistle**
Telephone: (202) 305-3630
Fax: (202) 514-8742
Ann.F.Entwistle@usdoj.gov

**Overnight Delivery Address**
450 5th St., N.W., Room 6400
Washington, D.C. 20001

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044

June 27, 2025

By ECF and Email
Honorable Nusrat Choudhury
United States District Court, CR 1040
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: *United States v. Phillip Priolo*
   Case No. 21-cr-566-NJC

Dear Judge Choudhury:

   Counsel for the United States writes to provide additional authority in opposition to Defendant Priolo's oral motion for judgment of acquittal under Fed. R. Crim. P. 29.[1]

   On June 2, 2025, the Second Circuit affirmed the conviction at trial of Defendant Priolo's co-conspirators Sean Novis and Gary Denkberg, including their conviction on two counts of aiding and abetting Defendant Priolo's mail fraud scheme. *United States v. Denkberg*, No. 23-6877, 2025 WL 1553619 (2d Cir. June 2, 2025).

   The Second Circuit's holding is squarely applicable to Defendant Priolo's challenge to the sufficiency of the government's evidence at trial in this case. The Second Circuit held that the government had presented "overwhelming evidence" of fraudulent intent based on: the content of the prize notices themselves; testimony about the victims' understanding that the prize notices entitled them to large cash prizes; evidence of the repeated targeting of victims once they made an initial payment; and the defendants' receipt of complaints. *Id.* at *5.

---

[1] On March 17, 2025, at the close of all evidence at trial, counsel for Defendant Priolo made an oral motion for judgment of acquittal under Rule 29. (Tr. 884-885.) The government responded orally in opposition to that motion. (Tr. 885-887). The Court reserved ruling on the motion. (Tr. 887.) Following the jury's verdict, counsel for Defendant Priolo stated that he had "no plans on making a post-trial motion." (Tr. 1126.) Unless Defendant Priolo abandons his oral motion for judgment of acquittal, it is the government's understanding that the motion is still pending.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Ann F. Entwistle*
ANN F. ENTWISTLE
CHARLES B. DUNN
JASON FELDMAN
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice
(202) 305-3630
Ann.F.Entwistle@usdoj.gov

cc: Michael T. Jaccarino via email and ECF
　　Arthur L. Aidala via email and ECF