

August 25, 2025

The Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

As a nonprofit soup kitchen/food pantry, Boca Helping Hands relies on volunteers to accomplish much of the work that we do to feed the many individuals or families we serve. To date, Philip Priolo has been volunteering with us since June 2, 2025, and has amassed forty-seven volunteer hours.

When Philip first came to volunteer, he made it known that whatever we needed done he would do. At the time we desperately needed a strong male individual to help our small team of ladies in the kitchen on Mondays. Each day they prepare 150 meals for the homeless and other food insecure individuals. It took him about a week to get comfortable in the kitchen and since that point has been invaluable to our Monday kitchen operation.

While every volunteer is valuable to what we do, a few go above and beyond. Philip is one of those that will go above and beyond what we expect of a typical volunteer. He will do the dirty work most volunteers would rather leave to one of the paid employees to do such as washing out a dirty trash can with a scrubber and bleach. I could tell him to go empty the grease buckets and he wouldn't blink. His work ethic while at Boca Helping Hands has been second to none. More importantly, while volunteering Philip always has a pleasant and upbeat attitude and his fellow volunteers seem to really value his presence.

I personally hope that Phillip will volunteer with us for a long time to come.


Best Regards,

Jason Cascio
Food Center Manager
Boca Helping Hands
JasonC@bocahelpinghands.org
561-417-0913 ext. 207

May 30, 2025

The Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Honorable Judge Choudhury,

My name is Walter Flesche' and I am now retired after being self-employed in the automotive industry for almost fifty years.

I have been asked to write a letter on Philip's behalf because, sadly, he is facing serious charges against him.

I grew up next door to Philip Priolo and I have known him since the day his parents brought him home from the hospital. Needless to say, Philip and I grew extremely close, as well as our families.

Growing up back in the '60s, we all became one family due to our Catholic beliefs and strong ties to the church, and through the years, we have remained part of each other's families.

Philip and I both grew up with a love of motorcycles, cars and anything with a motor, and tinkered and toiled endlessly in my garage. We fixed anything from lawnmowers to dune buggies. You name it, we fixed it.

For years, even before he was a teenager, Philip tirelessly mowed lawns on our block, and because he would never accept a dime, he was often paid in lemonade or iced tea. He was a hard worker and was a thoughtful and responsible kid. He was always genuine in doing good deeds and made a respectable reputation for himself. He wound up doing that his entire life. If you know Philip, you know that he has a kind and generous heart.

Philip had earned and saved his money from working hard as a teenager and began buying and selling businesses for a profit in his early twenties. Through Philip's diligent determination, honesty and reliability, he eventually became a very successful and respectable businessman. Because of his knowledge and

experiences, he even started mentoring young people to support them in every way to become successful. This, again, reflects his sincerity to help others.

Philip eventually married and became a devoted father, the greatest joy of his life. The love for his son Philip Anthony is immeasurable. He has been a constant positive influence in his daily life from birth to Little League and beyond; high school and college, always there guiding and cheering on his son. He dedicated himself to ensure that Philip Anthony was successful, but well-balanced.

Unfortunately, there came a time that Philip's father became terminally ill. He immediately halted everything in his life to care for him until his demise. His compassion was admirable.

As for the charges brought against Philip, they are so uncharacteristic of him. It's hard for me to believe that with all Philip's business deals through the years, that he sadly stumbled upon this sort of wrongdoing, considering his life achievements. I believe he thought he was helping a failing business, but, unfortunately, its past history had not been disclosed to him. I know he would never entertain anything in this vein of business to ever disappoint his family and son and that would in any way damage his impeccable reputation.

Your Honor, I ask that you consider Philip's true character.

Thank you for considering my letter.

Sincerely,

Walter Flesche'

August 9,2025

The Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY. 11722

Re: Character Reference for Philip Priolo

Dear Judge Choudhury,

I am writing to you in regard to my friend, Philip Priolo, who will be appearing before you for sentencing. I would like to offer a personal perspective on Philip Priolo that I hope will be helpful in your consideration.

I have known Philip through a mutual friend for about 8 years and during that time, I have witnessed his unwavering support and kindness. One of the most remarkable aspects of his character is the mentorship that he has provided to his son, former wife and his friends. Philip has shown genuine remorse and a sincere desire to make amends and to move forward positively.

I respectively ask that you consider the positive impact Philip has had on his loved ones and his community as you make your decision. I believe that with the right support, he will continue to be a positive force in the lives of those around him.

Thank you very much for your time and consideration.

Respectfully,

James Gurrieri
3 Woodfield Lane
Old Brookville, NY 11545

The Honorable Nusrat Jahan Choudhury

U.S. District Judge

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722


Dear Judge Choudhury,

It is from a place of honesty and heartfelt sincerity that I offer this character reference. I hope you will take into consideration the enduring positive impact Philip has had on those around him—as a father, a professional, and as a man of integrity and strength.

My name is Angela Priolo, and I am the ex-wife of Philip Priolo. Although I made the choice to end the marriage after 22 years, I would like to express that it was not a smart choice on my behalf as he is a one of a kind person.

I feel it is deeply important to share with the Court the profound respect and gratitude I continue to hold for the man Philip is.

In 2002, we were blessed with our son, and I could not have asked for a better partner in parenthood. Philip was and remains an endlessly devoted father—loving, supportive, and fully engaged in every part of our child's life. His guidance, affection, and presence were constants in our son's upbringing, and he continues to be a steady source of strength and support.

Throughout our years together, Philip consistently demonstrated unwavering kindness, generosity, patience, and integrity. These are not fleeting traits—they are the foundation of his character. He was not only a devoted husband during our marriage, but also my closest friend and a steady presence in both my life and our son's. His capacity to love, to forgive, and to support without conditions made him an extraordinary partner and continues to make him a remarkable father.

One of the most inspiring aspects of Philip's character is his extraordinary work ethic. From a young age, he has always poured himself fully into his career and business with a level of commitment and passion that is truly rare. His dedication to building something meaningful—not just for financial success, but to provide security and opportunity for his family—was both admirable and motivating.

I witnessed firsthand the long hours, the sacrifices, and the relentless determination he gave to his work. He never gave less than 100%. His drive inspired not only me, but many others around him. His character, commitment, and the life he worked so hard to create stand as a lasting testament to his values.

Philip taught me the value of hard work and perseverance—not through words, but through his actions, day after day. Whether he was facing business challenges or family responsibilities, he never gave up. He carried the weight of those obligations with strength and humility, and I know that many of the values I still hold dear were shaped by watching him lead with quiet resilience and purpose.

In addition, and although I ended our marriage, my admiration for Philip has never diminished.

I remain deeply grateful for the time we shared, the family we built together, and the man he continues to be.

Your Honor, I respectfully ask that you show mercy when considering the consequences for Philip Priolo, and take into account the good man he has been, and continues to be, to those who know and love him.


Respectfully,


Angela Priolo



August 15, 2025

The Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is James Rose; I am the President and Founder of Cygnet Properties, LLC, a boutique commercial real estate firm based in Metro Atlanta, GA. We primarily work with high-net-worth individuals and families in helping them to acquire and manage their commercial real estate portfolios with the goal of creating multi-generational wealth. We currently manage several hundred million dollars' worth of commercial real estate investments on behalf of our clients.

I was first introduced to Philip Priolo in October of 2012 as a result of a commercial real estate transaction. At that time Phil was in the car wash business in New York and was exploring the option of investing in commercial real estate to help build a secure financial future for his family. I had no idea at the time that over the next thirteen years Phil would become not only a close friend, but a mentor and someone whom I greatly admire.

Phil and I quickly formed a strong relationship which resulted in my representing and working with him in all aspects of commercial real estate investments. Over this time, I observed Phil interact and transact business with bankers, brokers and tenants in multiple states. I have seen firsthand that he is a man of integrity who strives to do the right thing in every circumstance and treat people fairly even when it is not to his financial benefit. In thirteen years of working with Phil, I have never witnessed him sacrifice his integrity for profit. His honest reputation among his colleagues and business associates is above reproach.

Over the last thirteen years I have not only interacted with Phil professionally, but we have formed a close personal friendship. We often converse about our children, and he has taken a strong interest in the activities of my two children (16 and 12 years old). Phil consistently inquires about their schedules and how they perform in various school and community sports and events. He is never without an encouraging word, and shows the same level of interest in them, as he does for his own son. I have had the pleasure of getting to know Phil's son, Philip, and I have seen the positive impact his father has had in guiding him into the young man he is today. Phil is an incredible and loving father who always elevates his son's wellbeing and priorities above his own.

In addition to his friends and family, Phil demonstrates his love for people and his generous spirit toward all those with whom he comes into contact. These attributes are readily apparent, whether he is helping an elderly person park her car, giving an encouraging word to a complete stranger in the airport, or simply taking time to converse with the individual collecting carts in the grocery store parking lot.

I understand that Phil's conduct is a serious matter, and while his actions are grievous mistakes, they do not represent the totality of his character and the man that I know. This situation has impacted Phil's life in many ways, and I have no doubt that his acknowledgement of his wrongdoing and regret in being involved, is both sincere and heartfelt. Phil is a trustworthy businessman, a kind friend, a loving father, and a servant to his community.

Thank you for your time in considering this letter and for your service to the judicial system of The United States of America.


Respectfully,

James D. Rose
President

June 25, 2025

Honorable Judge Chodhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Chowdury,

My name is Walter Ryder and I am writing you today in support of
Mr. Philip Priolo.

I have known Phil for over 25 years and I would like to tell you a little
something about the man. Phil is one of the most selfless human
beings I have come across in my life. When I was diagnosed with a
rare blood cancer, Multiple Myeloma, an incurable disease that not
long ago was terminal, Phil helped me emotionally and spiritually,
and if needed, offered to send me money. He would, and still does,
send me uplifting quotes and prayers EVERY day, that has given me
the strength and positive reinforcement I need to stay strong in
fighting this disease.

He is so humble that it wasn't until recently I found out that he is
going through this ordeal. Even communicating every day, he did not
let on with his personal troubles. It is hard for me to fathom because
this is not the man I know. I was a little shocked and upset that he
did not let me know sooner. I know it's because he did not want me to
be concerned because of what I am going through. Selfless. He is
always concerned about others' well being, and is there for people in
need.

*From the moment we met, at his carwash, we immediately connected. It was like we knew each other our whole lives. We became like brothers. In patronizing his carwash, you can see how Phil ran his business. I would sit and wait for my cars to be done and watch, and truly admire him and the way he handled his employees and his customers. He would not ask or expect any of his employees to do anything he would not do himself. Every time I was there he was always sweeping the lot himself, and making sure all of his customers and employees were taken care of.*

*In closing, I respectfully ask you that you consider the man, and what he is about, his integrity and true character. Please take into consideration that this man is not a criminal, and has accepted that he has made a mistake and has taken responsibility for this mistake he has made. Please be as lenient as you can.*

*Thank you for reading this letter. I can be reached at 516-413-7007 or wryder3462@gmail.com if you would like to contact me further.*

*Respectfully,*

*Walter Ryder*
*1109 Reflection Way*
*Savannah, GA 31407*

The Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Stephen Wu, and I am currently completing my bachelor's degree in Business. I am writing this letter in support of Philip Priolo, whom I have known for nearly seven years. I came to know Philip through his son, and over time, our relationship has grown to the point where I consider him like family—like an uncle to me.

From the very beginning, Philip has stood out to me as someone with a genuinely big heart. He is the kind of person who goes out of his way to help others, not because he has to, but because it's simply who he is. I have seen him time and time again offer support, encouragement, and guidance not just to his own family, but to friends, neighbors, and even people he barely knows. He has welcomed me into his home, treated me with kindness and generosity, and consistently shown that he cares deeply about those around him.

Philip's character is rooted in honesty, humility, and a strong sense of responsibility. He has always spoken to me with integrity and has encouraged me to do the right thing even when it's not the easy choice. He's a person people can depend on—reliable, thoughtful, and compassionate. He's spoken often about how important his family is to him, and I've witnessed his dedication to his son and loved ones firsthand. Philip has been a steady and positive influence in my life, and I know I am not alone in feeling that way.

One of the things I most admire about Philip is how he shows up for others in both big and small ways. Whether it's helping a neighbor with a task, mentoring younger people like myself, or simply being there when someone needs to talk, his presence is reassuring and generous. He brings people together with warmth and sincerity. These qualities have earned him the respect of many in the community who know him as a kind, trustworthy, and good-natured man.

I understand that Philip is currently facing serious allegations. I do not write this letter to excuse or minimize the gravity of the charges, but rather to speak truthfully to the character of the man I have known for many years. The conduct for which Philip has been charged is completely uncharacteristic of the individual I know. In all my years of knowing him, I have never seen anything that would lead me to question his decency, his values, or his commitment to doing the right thing.

Thank you, Judge Choudhury, for taking the time to consider my letter. I hope that my words help provide a fuller picture of Philip's character and the positive impact he has had on those around him.

Sincerely,
*Stephen Wu*

Solomon Algazi
101 Diplomat parkway
Unit 411
Hallandale beach, FL 33009
Solomn.algazi@gmail.com
917-865-4975

4-10-2025

The Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Solomon Algazi, and I am the owner/operator of a credit consulting company. I am writing this letter on behalf of my friend Philip Priolo, whom I have known for approximately 6 years.

I met Philip in the elevator of the building we both lived in, and we became friends immediately. Over the years, I have come to know him as someone who is thoughtful, respectful, and genuinely supportive of those around him. Our interactions have always been marked by his willingness to lend a hand, listen without judgment, and act with humility.

Philip has consistently demonstrated a strong sense of responsibility toward his family and close friends. He is someone who others naturally turn to for guidance or encouragement, and I've seen firsthand how he supports those in his life. Whether it's helping a friend through a tough time or showing up when it matters most, Philip's character shines in his actions, not just his words.

I am aware of the serious nature of the charges involved in this case. I am not writing to speak on the specifics, but rather to share my experience of Philip as a person. The conduct he is alleged to have engaged in does not reflect the character I've come to know over the years.

Thank you for taking the time to consider my letter and for allowing me to contribute a small part in helping you understand more about Philip's character.

Respectfully,

Solomon Algazi

**Benny Biordi**
160-23 81 ST
Howard Beach, NY 11414
Bbiordi4@Gmail..com
(917) 751- 9408

**4/25/2025**

**To the Honorable Nusrat Jahan Choudhury**
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

## Re: Character Reference for Philip Priolo

Dear Judge Choudhury,

My name is Benny Biordi and I am writing on behalf of Mr. Philip Priolo, whom I've had the privilege of knowing for over 40 years. Philip has been not only a close friend but also a trusted mentor to me and my children — both in business and in life.

Over the decades, I've consistently known Philip to be a man of integrity, compassion, and unwavering loyalty. He has always been someone who leads by example, offering sound guidance and genuine support to those around him. His commitment to helping others succeed — whether in personal growth or professional endeavors — speaks volumes about his character.

I understand that Mr. Priolo is currently before the court, and while I don't intend to speak on the specifics of the case, I can say without hesitation that this situation does not reflect the man I've known for the better part of my life. Philip has always conducted himself with honesty and accountability, and I firmly believe he remains a positive force in our community.

I respectfully ask that you take this letter into consideration as a sincere reflection of Phillip Priolo's character. I believe in his ability to continue being a constructive, valued member of society.

Thank you for your time and understanding.

Sincerely,

Benny Biordi

The Honorable Nusrat Jahan Choudhruy
US District Judge
Eastern District Of NY
100 Federal Plaza
Central Islip, New York 17722

Re: Character Reference for Mr. Philip Priolo

Dear Honorable Judge Choudhury,

My name is Michael Coglianese, and I respectfully submit this letter as a character reference for Mr. Philip Priolo, whom I have known personally and professionally for the past ten years.

Over the course of our friendship and professional association, I have known Philip to be a devoted father and an ethical business owner. His love for his son, Philip Jr., has always been at the center of his life. His dedication as a father is sincere, and I have seen firsthand the care and effort he puts into maintaining a strong and supportive relationship with his son.

As a senior account manager with experience working for major fortune 500 companies, I have come to value integrity, accountability, and professionalism in both business and personal relationships. Additionally, as a father myself, I understand the profound responsibility and dedication required to raise a child with strong values. These experiences have given me a unique perspective on Philip's character, especially through the lens of our friendship.

Professionally, I've had the opportunity to observe Philip manage multiple car wash businesses with integrity and responsibility. He has consistently demonstrated a strong commitment to environmental safety and compliance—areas in which many business owners often cut corners. Philip took pride in ensuring that his operations met environmental standards, reflecting his genuine desire to do right by both his customers and the community.

His son, now grown, still turns to him for guidance, and this has been an especially painful chapter for their relationship. I know it weighs heavily on Philip Priolo that his actions have risked damaging the one thing he has always valued most—his role as a father.

Your Honor, I am not writing to excuse what has been done. I write only to provide a fuller picture of the man behind the charges. Philip Priolo is not a career criminal or a danger to society. He is a man who made a serious mistake, who now carries the burden of that mistake every day, and who is capable of learning and growing from this moment in his life. If there is any room in your judgment for leniency or consideration of his character and circumstances, I hope this letter can offer some insight into the man many of us still believe in.

It is in that spirit that I respectfully ask the Court to consider the broader context of Philip's character—his dedication to his family, his ethical approach to business, and his potential for redemption—as you deliberate on sentencing.

Thank you for your time and consideration.

Respectfully,
Michael Coglianese
917.414.6422
6903 61st Road
MIddle Village, NY 11379

*Victor Muro*
*50 Adlers Lane*
*Staten Island, NY 10307*
*Vicm18@outlook.com*
*917-270-5995*
*May 30, 2025*

*The Honorable Nusrat Jahan Choudhury*
*U. S. District Judge*
*Eastern District of New York*
*100 Federal Plaza*
*Central Islip, New York 11722*

*Dear Honorable Judge Choudhury,*

*I am writing this letter with deep sincerity and genuine respect to offer an unbiased and factual character reference on behalf of Mr. Phillip Priolo. I have known Phil for 13 years now, both on a personal and business level. I am mindful of the seriousness of the sentencing before the Court, and I humbly ask that you consider the broader fabric and truth of the man before you-one whose life has consistently reflected integrity, selflessness, responsibility, and respect. He is a pillar of the community and my dear friend, who I proudly refer to as my brother.*

*Phil is a 62-year-old single father who has spent his life working tirelessly-not only to support his own family but also to uplift those around him. He is a devoted parent who raised his son with unwavering love and ethical values, often putting his needs before his own; as he did with his parents, and several charities.*

*He is a man of deep faith (we do Bible study together weekly, and share daily prayer), a quality that has shaped the way treats others-with kindness, humility, and generosity. A great example is last year while we were walking together for physical exercise: we encountered a homeless person sitting on the hot pavement with no shoes or shirt, heartbreakingly filthy and frail. Phil took his sneakers and shirt off and handed them to this person along with his water bottle. He just smiled at me and said, "he needs these far more than I". There are dozens of realities and gestures of goodwill and unsolicited kindness he continuously exhibits with complete anonymity, but I will spare you to keep this letter far shorter than his character warrants.*

*Professionally, Phil has been a respected small business owner in the Tri-State area for decades, operating car washes and presently manages his own real estate. From my lens, and that of all who know him, he always strived to do honest work, create jobs, and contribute positively to the local community. I know firsthand that Phil NEVER turned his back on anyone in need-whether it was offering a job to someone down on their luck or quietly supporting a family facing eviction due to tough times.*

*I understand that this case stems from actions taken by former business partners over 15 years ago-actions that were committed without Phil's knowledge. Phil would never have condoned such unethical actions, nor would he turn a blind eye, he would heavily condemn such behavior and take immediate corrective action and separate forever from such egregious individuals (regardless of business ties or friendships). To now face judgment for something that does not reflect his character, and occurred so long ago, is heartbreaking for those of us who know and admire him. Phil has no prior criminal history, and throughout his life, he has proven to be an honorable man whose presence in this community, and our lives is a force for extreme good. Phil calls my mother every holiday, plus every now and then just to see how she is doing.*

*I respectfully ask Your Honor to consider deep leniency in Phil's sentencing. He is not just a good man-he is a rare kind of man. Phil has already endured much through this process, and any harsh penalty would not only cause him and his family irreparable harm but would remove from the community someone who makes a real ongoing difference of good.*

*Thank you for your time and consideration of the whole picture of the good man you see before you.*

*Respectfully,*
*Victor Muro MBA, CLU, ChFC*
*Hall of Fame Member in Leadership*

The Honorable Nusrat Jahan Choudhury

U.S. District Judge

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

Dear Judge Choudhury,

My name is James Priolo. I am a retired Managing Director from JPMorgan Chase. I was employed by JPMorgan Chase for 30 years.

Philip Priolo is one of my siblings. I am his oldest brother, and I have known Philip for 62 years.

Throughout the years, I have always known Philip as a person of integrity, compassion, and responsibility. His commitment to family values and dedication to helping others has been evident in every aspect of his life. Philip has always been willing to lend a helping hand to family members and friends in need, Philip Priolo's selflessness and generosity consistently stand out.

Philip's commitment to family is unwavering. He is an outstanding father to his son Philip Anthony Priolo. Philip oversaw his son's education and ensured that his son received a college degree. Philip always encouraged his son to be a good and fair team player and it is clear that Philip's influence on his son's life has made a positive impact. When our father (Philip Senior) had cancer and unfortunately had to be admitted to home hospice I called Philip. Philip jumped on a plane and flew to New York immediately. Philip stayed with our dad and slept in the room with him until he passed on. He gave our father the best care that anyone could hope for in their last days. My seeing the level of compassion that Philip displayed in caring for our father reinforces the level of compassion he has for others.

Professionally, Philip Priolo has been a hardworking individual, earning respect and recognition from customers and staff. His commitment to excellence and unwavering work ethic is a testament to his character and his desire to contribute positively to society.

Thank you for taking the time to read this letter. Please feel free to contact me at priolojim25@aol.com or 646 295-7000 should you require any further information or clarification.

Sincerely,

James Priolo

Brother of Philip Priolo

**Isabel Cassella**

33 W Neptune Ave

Lindenhurst, NY 11757

April 14, 2025

The Honorable Nusrat Jahan Choudhury

U.S. District Judge

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

Dear Judge Choudhury,

My name is Isabel Cassella, and I am writing to you as the second cousin of Philip Priolo, whom I have known for over 60 years. I am 78 years old and have been a business owner for 50 years. It is with great respect and admiration that I share my experiences with Philip, hoping to provide insight into his character.

Throughout the decades, Philip has consistently shown himself to be a man of integrity, compassion, and responsibility. I have witnessed his kindness firsthand, particularly during one of the most difficult times in my life—when my son passed away at the age of 47. Philip was there for me, offering unwavering support and comfort when I needed it most. His selflessness and genuine care left a lasting impression on me, reflecting the depth of his empathy for others.

As a business owner, I have also had the opportunity to observe Philip's professional conduct. I have interacted with him and his employees on numerous occasions, and it is clear that he treats everyone with respect and compassion. His leadership fosters a positive environment, earning him the admiration of those who work with him. Philip's dedication to fairness and his strong work ethic are qualities I deeply admire, and they speak volumes about his character.

Philip's commitment extends beyond his professional life to his family, where his love and devotion shine brightly. I have always known him to be a steadfast and caring individual, someone who prioritizes the well-being of those around him. His actions over the years have shown me that he is a person who strives to make a positive difference in the lives of others.

Thank you for taking the time to consider my words. Should you require further information, I am available at XXISSEYXX@AOL.com or 516-754-7173.

Sincerely,

Isabel Cassella

Second Cousin of Philip Priolo

Ernie's Auto Body

870 S Broadway, Unit 5

Hicksville, NY 11801

(516) 938-2929

erniesautobody@yahoo.com

June 9, 2025

The Honorable Nusrat Jahan Choudhury

U.S. District Judge

Eastern District of New York

100 Federal Plaza

Central Islip, New York 11722

My name is Ernest DeMarco, and I am the owner of Ernie's Auto Body, a fourth-generation family business located in Hicksville, New York. We've been proudly serving the community for over 60 years. I've had the privilege of knowing Philip Priolo for the past 28 years, and I'm writing this letter to share my sincere support and respect for him.

Phil and I first met in 1997, when he opened a car wash just down the road from my shop. We were neighbors in business, and from that proximity grew a strong friendship that has lasted for nearly three decades. Over the years, we've developed a bond that I can only describe as family. We've spent countless evenings together at dinners and shows, supported each other through life's ups and downs, and we still speak to each other every single day.

Phil has a magnetic personality—he brings a breath of fresh air everywhere he goes. He radiates positivity and lifts up the people around him. I've always admired his drive and determination. He's a self-made man who built his businesses through early mornings, hard work, and long hours. I've personally seen him wake up at 4:30 in the morning just

to get everything right for the day ahead. He never cut corners and never expected anything to be handed to him.

He's also a dedicated leader. Phil has employed hundreds of people over the years and has always maintained strong, respectful relationships with his employees and customers alike. Even when he achieved great success—at one point, he was widely known in our community as "the king of car washes"—he stayed grounded and humble. He was always the first to jump in and get his hands dirty when something needed to be done.

More importantly, Phil is a family man. Everything he's worked for has been with his loved ones in mind. He is deeply loyal, generous with his time, and always ready to help those in need. I've seen him support friends, employees, and strangers alike—because that's just who he is at his core.

In a world where it's easy to forget the value of character, I can confidently say that Phil Priolo is someone whose character has never changed. He's someone who has earned the respect and trust of many, including me. I know that if given the opportunity, he will continue to be a positive force in the lives of everyone around him.

Thank you for your time and consideration.

Sincerely,

Ernest DeMarco

Owner, Ernie's Auto Body

May 28, 2025

Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Defendant, Philip Priolo

Dear Honorable Choudhury:

I hope this letter finds you well. Please allow me to introduce myself, my name is Kathy DiSalvo. I have worked as a paralegal since 2001 in both plaintiff and defense firms.

I am writing this letter in support of Philip Priolo. I have known Phil for over 20 years. I was saddened and disappointed to learn about this case. Phil was always an honest, extremely hard-working, generous family man who was kindhearted to everyone around him.

By way of background, Phil was married to my childhood friend Angela with whom they share one child, Philip, Jr. Angela and I met in September 1982 at kindergarten in catholic school. We have maintained a close relationship to date. Philip Jr. was born in January 2003 just three weeks before my husband, Alex passed away in February 2003. On the day of my husband's funeral, I told them to stay home but despite the snowstorm they attended the funeral.

I always admired Phil for his consistent work ethic. Please note that Phil worked <u>seven</u> days a week for a minimum of 15 years when he owned the car wash. Phil started his day around 5:00 a.m. and he would return around dinner time. I know this because I would be getting up to go to the gym before the law firm and Angela would call me to complain how he just woke her up. We all make sacrifices. She had a good one unlike some of the other husbands.

During Hurricane Sandy in October 2012, after my Father Joseph had died of cancer earlier that month, Phil gladly accepted a house guest. My house lost power for several weeks. At that time, they were living in an apartment during the construction of their new house. Angela did my laundry every day until my power came back on. I recall one evening when Phil and I didn't realize that she could actually operate the stove. To our surprise, an enormous pile of chicken cutlets emerged from the kitchen. It really made a truly difficult time a lot more bearable to have such great friends.

In my opinion, he is very sorry for what he has done and this behavior will not be repeated. I respectfully urge you to reconsider an alternative sentence to the pending charges. Thank you for your time and consideration.

Respectfully,
*Kathy DiSalvo*
(516) 697-7393

The Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Choudhury,

My name is Mina Katzman, and I am a retired pharmacist with over 25 years of experience in the field. I have known Philip Priolo since 2018, when he moved into my building in South Florida and quickly became a valued member of our community.

Phil is one of those rare individuals who naturally brings people together. He earned the affectionate nickname "The Mayor" because he was always the one to gather neighbors at the pool, welcome newcomers, and foster a sense of community. His kindness, warmth, and positive energy have always stood out. I've known him to be a deeply caring friend—someone who offers thoughtful advice, much like an older brother—and a devoted father who consistently puts his family first.

On a personal note, I've experienced significant hardships recently, and Phil has proved to be a loyal friend who regularly checks in on me. His encouragement, prayers, and perspective have been a tremendous source of comfort and strength during a difficult time. His compassion and ability to uplift others are truly remarkable.

I am aware that Phil is now facing hardships and I do not minimize the severity of it. However, I can only speak from the perspective of someone who has come to know him well over the years. The Philip I know is a kind-hearted, generous, and uplifting individual who has had a meaningful and positive impact on my life and the lives of many others.

Thank you for taking the time to consider my perspective. I hope this letter offers insight into Phil's character and the good he has brought to those around him.

Respectfully,
Mina Katzman

The Honorable Nusrat JahanChoudhury

U.S District Judge

Eastern District of New York

100 Federal Plaza

Central Islip NY 11722

Dear Judge Choudhury,

Hope you are doing well . I would like to introduce myself , my name is Blake Levy. I am a Licensed Life insurance agent and Real estate Agent and married 21 years with one 4 year old daughter living in Boca Raton Florida.

This Letter is for my Support of Phlip Priolo. I Met Mr Priolo 5 plus years ago in Beach Club in Hallandale beach at the gym . There was an immediate father/son connection. He treated me like family and like a father and we became very close. I trusted him very much and always felt comfortable with him. I became his Real estate agent and close friend. Everybody liked Phil and trusted him as a friend. He was always there if you needed somebody to talk too.

Phil is the best father I've seen . Takes care of his family and others . I am so sad and shocked about this case as Phil has always been  honest hard-working man .

Judge Choudhury I hope you can find it In your heart to not let him be away from his family .

Sincerely ,

Blake Levy

Dear Judge,

It is with great difficulty and emotion that I write this letter on behalf of my father, Philip Priolo. While I understand the seriousness of the situation before the court, I feel compelled to share a more complete picture of the man I know—not as a defendant, but as the extraordinary father who raised me, supported me, and shaped me into the person I am today.

From the very beginning of my life, my father has been my role model and greatest source of strength. He is the kind of man who, despite working grueling hours—often leaving for work at 4:00 AM and not returning until 6:00 or 7:00 in the evening—never missed a single one of my games, school events, or moments that mattered to me. Weekends, holidays, and personal time were never his priority; his family always came first. He worked tirelessly from the age of 14 until 56 without pause, not for personal gain, but to provide us with a better life than he had growing up.

He wasn't just present—he was deeply involved in every part of my upbringing. He was the one who knelt down beside me and taught me how to tie my shoes, patiently guiding my small hands through the loops. He ran alongside me on our street as I wobbled on two wheels, teaching me how to ride my bike and cheering louder than anyone when I finally found my balance. These weren't just little milestones—they were powerful life lessons that taught me perseverance, self-belief, and trust. My father made sure I knew I was never alone, that I always had someone in my corner. Those early moments formed the foundation of my confidence and character. He gave me more than skills—he gave me belief in myself, and that has shaped every success I've had since.

One of my earliest and most vivid memories is sitting in the car with the heat on during cold mornings before school. My father would help me read, every single day, to ensure I improved my literacy and gained the confidence to succeed. Later in life, during my baseball games, he would sit behind the home plate cage when I was catching, whispering cues to help me watch for base runners. He was also at every high school basketball game I played—cheering from the stands, tracking every shot, every assist, every foul. I can still hear his voice in the crowd and see the pride in his eyes. That unwavering presence during my teenage years meant everything to me. It made me feel valued, supported, and deeply loved. Those memories continue to shape how I see the world and how I strive to show up for others.

My father came from humble beginnings. As a child, there were nights when he would eat just bread and milk, and yet he never let his circumstances define his future. He saw what others had—children from wealthier families—and instead of growing resentful, he used that as motivation to build a better life for his own family. Everything he earned, he gave to us. When I left for college, he gave me his car so I could be safe and mobile in another state. Back home, he

walked to the gym, the coffee shop, and even to dinner—because my comfort and safety meant more to him than his own convenience.

He is the most selfless man I have ever known. My father has always taken the short end of the stick without complaint. That is who he is—a man of quiet strength, humility, and deeply ingrained values. His moral compass has always guided his decisions, and I can say with complete certainty that if he had ever known that something he was involved in was illegal, he would have never taken part in it. That's simply not who he is.

This situation has deeply affected our entire family. The day he called me and told me that FBI agents had entered our home was the most shocking and confusing moment of my life. It was so far removed from the man I know that I struggled to process it. I respectfully ask that the Court take into account not just the circumstances of this case, but the lifetime of character, sacrifice, and decency my father has shown. He is not just a good man—he is the best man I know. A man who built a life from nothing, who put everyone before himself, and who has lived every day with integrity and heart.

Thank you for taking the time to consider this letter. I hope my words have helped illuminate the true character of my father.

Sincerely,
Philip Anthony Priolo Jr.

May 30, 2025


The Honorable Nusrat Jahan Choudhury
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dear Honorable Judge Choudhury,

My name is Julianne Barresi and I have been in the court reporting business for the past forty years and am currently the Director of a firm in Long Island, New York.

I am a life-long friend of Philip Priolo. I've actually known him since he was born. We grew up next door to each other as neighbors in Howard Beach and our families have remained close friends all these years. Most of my childhood memories involve Philip and his brothers. Actually, my family members consider Philip and his entire family part of our family.

Later in years, even though he was busy, Philip always made the time to visit my aging mother. These visits meant more to my mother and family members than I think he ever realized. He also always made time to visit for a holiday or two during the years when the entire family was present and it was always a great time going down memory lane.

Unfortunately, I understand that Philip has been charged with serious allegations, and I have been asked to write a character letter on his behalf.

Philip is the kind of man you would be honored to have as a friend. Starting as a young boy, he was a hard working individual, always lending a helping hand, expecting nothing in return. He has always been a kind, honest and generous individual with anyone he comes into contact with. His genuineness always makes your day a little better.

If you know Philip, you know that he lives by his deep Catholic religious beliefs, which provides him with a strong sense of family values. He loves his family unconditionally and would do anything for them. When his father became ill, he dropped everything to be by his side until the end. His presence, his thoughtfulness and his true compassion were admired by all.

Philip's love and commitment to his son Philip Anthony knows no bounds. He has always been there at every step of his life to be a good influence in his son's life in every way. From the beginning of Philip Anthony's life, it was Philip's mission to make sure his son had a happy, healthy, loving, stable and memorable childhood, leading up to earning his college degree. Philip has always had a daily influence on his son's life to help him achieve the balance of success and happiness in his life.

Professionally, Philip has gained the admiration of all that know him. He has become a respectable businessman whom many seek advice. He has offered his knowledge and support to countless people. His good business ethics have been shown by his honesty and reliability.

That's why the charges against Philip are so uncharacteristic of him. Growing up Catholic, Philip's dedication to a good life and devotion to God is embedded in his soul. His life-long commitment of being on the proper and noble path were always genuine to make himself, his parents and his son proud. His values would never do anything to waiver from that path.

I know Philip has regretted being involved in a company that was already established, not fully understanding the scope of their prior business dealings. I ask that you consider the good character of his life leading up to this one bad decision of doing business with the wrong people.

Your Honor, thank you for considering my words to help Philip.

Sincerely,

*Julianne Barresi*

Julianne Barresi

**Michael Dattoma**
450 North End Avenue
New York, NY 10282
michael@bartgroupretail.com
917-686-7057

5/21/2025

The Honorable Nusrat Jahan Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11733

**Re: Character Reference for Mr. Phil Priolo**

Dear Judge Choudhury,

I am writing with a heavy heart—not to question the outcome of Phillip Priolo's case—but to offer a personal reflection on the man I've come to know over the years. I hope to share a fuller picture of Phillip as a father, as a partner, and as a friend.

I first met Phillip at a professional event, and I remember that day vividly. Without hesitation, he took the time to introduce me to every friend he had at the gathering. He went out of his way to make sure I was having a great time, that I was included, and that I felt part of the community.

His warmth, humor, and genuine interest in others were immediately evident. Everyone at the event seemed to gravitate toward him—his personality and sincerity break bread with people instantly. That's just who Phillip is.

As our friendship grew, I saw even more of his character. Phillip is a devoted father to his only son, Phillip Jr. Through personal and legal hardships, he has never wavered in his commitment to being there for his child. He and Angela, though separated, have worked together as a team—making sacrifices for their son's future, always putting his needs first.

I have met a man who, despite being separated from his wife, loved and cared for her in such a selfless way, simply because she is the mother of his son. That kind of heart, that level of integrity, has left a lasting impression on me.

I've seen Phillip check in on Angela's well-being, ensure she is safe, and provide support—emotionally and financially—well beyond what might be expected. His actions come from a place of quiet responsibility, not obligation.

Phillip came from a working-class family, growing up with very little. From a young age, he worked hard to support himself. He is not someone who pretends or postures—he is grounded, real, and humble. He's a man of substance, not flash. As a friend, he's someone you can count

on—thoughtful, dependable, and always loyal. He gives of himself freely and without expectation, and he has been a constant in my life through both good times and hard ones.

I do not write this letter to excuse any poor decisions he may have made—I know Phillip accepts responsibility for the path that led him here. I write to offer a broader view of his character, the values he lives by, and the relationships he cherishes. He is a good man, a loving father, and a true friend—defined not by this moment, but by how he shows up for the people in his life.

Thank you for taking the time to read my words.

With respect and sincerity,


Michael Dattoma

Dear Judge,

It is with a heavy heart that I write to you today, burdened by the weight of knowing the difficult circumstances Phil Priolo now faces. Over the past year, I have had the rare privilege of knowing him closely, witnessing both his strengths and the profound struggles he now endures. My hope is that these words will illuminate the man behind the headlines, someone of integrity, deep moral conviction, and unwavering responsibility whose life has been overshadowed by circumstances beyond his control.

Once I learned of this sad situation, I was truly surprised. As I navigated my relationship with Phil, I saw that he takes his finances very seriously. He was always diligently ensuring that his financial obligations were balanced and responsible. He is a man who consistently strives to fulfill his commitments, demonstrating a level of responsibility that many admire. He was always responsible with his obligations to everyone around him, and I believe this reflects his character, someone who values accountability.

During our near daily interactions, I came to see a man guided by traditional values, approaching life with discipline and purpose. But beyond his responsible and organized nature lies a man whose heart beats fiercely for his family. Phil is a devoted and loving father, and I have seen firsthand how his son is always his top priority. Despite the hardships he faces, Phil's unwavering desire to provide a stable, nurturing environment speaks volumes about his character.

It is truly heartbreaking to witness someone I respect and care for being caught in such a difficult, seemingly insurmountable position. Phil is not a man of malice or ill intent; he is a person who genuinely cares about others, whose kindness and helpfulness have touched many lives. I have never known him to be anything but sincere, earnest in his intentions, and deeply committed to doing what is right.

I write these words with a heavy heart, hoping they can serve as a small window into the man behind the charges, a man of strength, compassion, and unwavering dedication. I trust that the Court will see beyond the circumstances and recognize the positive impact he has had on those around him. It is my sincere hope that compassion and understanding will guide your judgment, as I believe Phil's true character is one of integrity and love.

Thank you for your time and your thoughtful consideration during this profoundly difficult time.

Sincerely,
Tatiana Faurer

Honorable Judge Nusrat J. Choudhury

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201


Re: Character Letter in Support of Mr. Philip Priolo (2:21-cr-00566)


Dear Judge Choudhury,

My name is Karen Romano, and I am writing respectfully on behalf of Mr. Philip Priolo, whom I have known for several years through our families and community. I am aware that Phil has been convicted and is facing sentencing, and while I do not wish to minimize the seriousness of the charges, I hope to provide the Court with a fuller picture of the person I know outside of this case.

Phil has always carried himself as a kind, respectful, and generous man. He has shown sincere care and loyalty to those around him, including my own family. Over the years, I have personally witnessed Phil's character in times of need — offering help, guidance, and even emotional support when others were struggling. He is a father, a son, and a friend who values family and relationships deeply.

From everything I've seen, Phil has a conscience, a heart, and a sense of accountability. He is not someone who turns his back when others are hurting, and I believe that this experience has already deeply humbled and changed him. It is my belief that Phil has the capacity to rebuild, contribute positively to society, and most importantly — to never return to this courtroom again.

I know your Honor must weigh many serious factors in this case, but I kindly ask that you also consider the human being behind the charges. Phil is not defined by this one chapter, and I sincerely believe he will learn from it. If shown mercy, I have faith he will make the most of a second chance.

Thank you for taking the time to consider my perspective.

Respectfully,

Karen Romano
22 Lilac Lane
Levittown, NY 11756
ROMANO2379@gmail.com
May 14, 2025