# Exhibit 1

# Transaction and Payment Records

| Company (Source Names) | First Transaction | Last Transaction | Approximate Number of Transactions | Payments to Company | |
|---|---|---|---|---|---|
| **Winners Circle** (People's United Bank Checking Account #█████4712) | Jan. 2, 2015 | Mar. 27, 2015 | 7,705 | $217,708.39 | |
| **Winners Circle** (Empire National Bank Checking Account #█████0411) | Jan. 5, 2015 | Mar. 27, 2015 | 2,997 | $70,455.00 | |
| **Winners Circle** (Winners Circle.mdb and WINC.mde)* | Mar. 30, 2015 | Sept. 16, 2016 | 92,156 | $2,177,990.00 | <span style="color:red">UNIQUE VICTIMS for Winners Circle= 37,875</span> |
| **Feel Lucky Group** (Lucky Group.mde) | June 15, 2016 | Sept. 16, 2016 | 5,438 | $117,095.00 | <span style="color:red">Unique Victims for Feel Lucky = 3,919</span> |
| **Feel Lucky Group** (Empire National Bank Checking Account #█████0938) | Oct. 3, 2016 | Nov. 30, 2016 | Unknown | $35,781.23 | <span style="color:red">Unique Victims deduplicated across both companies = 40,074</span> |
| **Winners Circle** (Empire National Bank Checking Account #█████0411) | Oct. 3, 2016 | Dec. 29, 2016 | 132 | $2,988.90 | |
| **TOTAL** | | | | **$2,622,018.52** | |

*Winners Circle.mdb=Mar. 30, 2015 to Aug. 5, 2015; WINC.mde=Aug. 8, 2015 to Sept. 16, 2016

GOVERNMENT EXHIBIT
**393**
2:21-CR-00566