

**U.S. Department of Justice**
Consumer Protection Branch

---

**Ann Entwistle**
Telephone: (202) 305-3630
Fax: (202) 514-8742
Ann.F.Entwistle@usdoj.gov

**Overnight Delivery Address**
450 5th St., N.W., Room 6400
Washington, D.C. 20001

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044

September 10, 2025

By ECF and Email
Honorable Nusrat Choudhury
United States District Court, CR 1040
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: *United States v. Phillip Priolo*
      Case No. 21-cr-566-NJC

Dear Judge Choudhury:

    In connection with the upcoming sentencing of Phillip Priolo on September 17, 2025, six family members of victims have submitted victim impact statements to the Government. The Government respectfully files those statements with this letter, pursuant to the Crime Victims' Rights Act. *See* 18 U.S.C. § 3771(a)(4) (guaranteeing crime victims the right "to be reasonably heard at any public proceeding in the district court," including sentencing.)

                                      Respectfully submitted,

                                      /s/ *Ann F. Entwistle*
                                      ANN F. ENTWISTLE
                                      CHARLES B. DUNN
                                      JASON FELDMAN
                                      Trial Attorneys
                                      Consumer Protection Branch
                                      U.S. Department of Justice
                                      (202) 305-3630
                                      Ann.F.Entwistle@usdoj.gov

cc: Michael T. Jaccarino via email and ECF
    Arthur L. Aidala via email and ECF

Honorable Nusrat Choudhury
United States District Court, CR 1040
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re: United States v. Phillip Priolo
        Case No. 21-cr-566-NJC

Judge Choudhury:

Hello, my name is Ashley Seip. I am writing this to describe how fraud and scams have impacted my grandfather Wendell Brooks and our family.

My grandfather lost his wife in 2012. After the death of my grandmother, he asked me to become his power of attorney. After some time, we started to notice that he was becoming more forgetful and needed more assistance. He asked me at that time if I would step in to assist him with his finances.

I began by doing an audit of his checking and savings accounts. I notice that he had many checks written out to places that I could not identify. When I questioned him about the checks, he stated that he had been sending out money, both checks and cash, in the mail for different sweepstakes. He said, "I am waiting for them to deliver my money and prizes." After several long conversations with my grandfather, I discovered that my grandfather had sent money via mail, and western union to different people.

It has been difficult to explain to a man in his late 70's and now in his 80's that the things that he had been responding to were and are scams. It is even harder to explain that he would never be receiving money or prizes. He grew up in a small community in Vermont, where everyone new one another and they trusted everyone. My grandparents never lock the doors to their home, and they had always left the keys in their vehicle. He is a man that always see the good in others.

This situation has caused my grandfather to have anxiety, embarrassment and even anger. Unfortunately, due to his memory issues he often forgets that we have had a conversation about scam and fraud. However, our family continues to stay vigilant in trying to keep him from becoming a victim of further fraud and scams. This has caused a rift between my grandfather and his family. We have had many arguments as to why he should not be responding to certain mailings or why he should not be sending money to people that he does not personally know.

My husband and I have had to place money into my grandfather's accounts to compensate for what he has sent out for scams. We have had to pay for his food, medications, and other bills because he has no money for these items after sending it to others in hopes of winning money or prizes. Often, I have been asked, "Wouldn't it be easier to take his check book away from him?" My response then is the same as it is today. NO, I have wanted my grandfather to maintain as much of his independence as possible. When you start to take someone's independence away, they start to lose a piece of themselves and often they feel like they have no purpose in life. For instance, just because someone has difficulties feeding themselves does not mean that you would just take over for them. Not allowing them to try to do it for themselves, may make it so they don't want to eat and may want to give up all together.

Many of our elderly are falling victim to some type of fraud or scamming throughout our country. Not all of them are as lucky as my grandfather to have family to assist them and some may be going without their medications or even food because of being scammed. It is devastating to think that the people that have helped to shape our country and have worked hard for what they have, are now being preyed upon.

When determining the sentencing for the defendant please think about the elderly people that have been put into a position where they can't afford to obtain their basic needs. Then, imagine the emotional roller coaster that many of them have been through. Once you have done both of these things then make your decision for sentencing.

Thank you for taking the time to read how my grandfather being scammed has impacted us.


Ashley Seip

VICTIM IMPACT STATEMENT

Marlene Montilla

███████████████

Telephone: ███████  Email Address: ███████████

Occupation: Retired

Victims Age When Payment Was Sent - 80

United States v. Philip Priolo, Case No. 2:21-CR-566

**How has this crime affected you and those close to you?**

My husband, Art Montilla, retired in CY2000. I was still working, supporting our family, and he was home alone all day. The postman brought stacks of letters addressed to him and opening and reading them occupied his time. I tried, unsuccessfully, to convince him these "offers" were not legitimate. The barrage of prize offers, fake checks, and phone calls lasted for over five years. Attempting to stop the mass mailings I tried several tactics:

- Researched addressees, wrote them letters demanding they remove his name from their address listing, and printed warnings to seniors about fraudulent mass mailing scams.

- Had our 3 daughters try to convince their Dad he was being robbed.

- Determined our home address was sold/shared throughout the fraudster network creating more letters – many promising large cash prizes or fake checks upon payment of a fee.

- Contacted the Post Office in an attempt to stop delivery but would need to submit paperwork for each individually and there weren't enough hours in a day.

- Paid $2,375 to husband's bank for overdrafts and fees and he received over $1,000 in bills from addressees who weren't able to cash his checks.

Finally I prepared a 5 page, 3 columns per page, detailed listing from his checkbook carbons (for CY2015) to show him he was being ripped off. There were 525 checks written to 252 addresses. The 252 addressees had from 1 to 20 checks written to qualify for some prize or report and he insisted he responded so they would "know he was serious about winning."

My husband wrote these 525 checks from his Social Security checks. The total was $14,441.

**Among these 252 addressees were 9 checks to "Winners Circle" for a total of $218. Winners Circle payments were connected to the defendant, Philip Priolo's, company.**

**Is there anything you would like the Judge to know**

I have attempted to compress the senior abuse and manipulation of my husband (and me) into this Impact Statement. We suffered the loss of thousands of dollars, worried about possible identity theft, and spent many sleepless nights during this period. Ten years of struggling with Art's progressive dementia (undiagnosed until 2016 but, in retrospect, progressing for years) has been a nightmare that stressed me as his primary Caregiver as well as his entire family. And yes, Mr. Priolo's scam has definitely had a negative impact on my health.

Thank you for allowing me to recommend a substantial incarceration for this crook..

I declare under perjury, as provided under Title 28, United States Code 1746, that the foregoing is true and correct.

Signature _Marlene Portilla_ Date _Sept 4, 2025_

Name: Ann Rivenburg
Address: [redacted]
City: [redacted]   State: GA   Zip Code: [redacted]
Telephone: [redacted]   Email Address: [redacted].com
Occupation: retired LPN
Victim's Age When Payment Was Sent: 70's

1. How has this crime affected you and those close to you?

When my Dad was dealing with these people, we all knew he was being scammed. Our church Pastor, his doctor and family members tried to talk to him. He wouldn't listen. He had worked hard his whole life and thought he had won a fortune. As he continued to send money, he withdrew from the family. I am an only child and my Dad + I were always very close. He would make excuses not to come to family dinners and events. When he passed away in 2021, he was a broken man.

2. Is there anything you would like the Judge to know?

I feel that because of these people, I lost time with my Dad in his final years and my children + their children lost time with their grandfather + greatgrandfather

They should lose precious time with their families in prison.

I declare under penalty of perjury, as provided under Title 28, United States Code §1746, that the foregoing is true and correct.

Signature: *Ann Ruvenburg*  Date: 9/3/25

# Victim Impact Statement

Name: Sharon Soltis
Address: ███████████
City: ███████ State: Colorado Zip Code: ███
Telephone: ███████ Email Address: ███████
Occupation: Housewife
Victim's Age When Payment Was Sent: _____

---

1. How has this crime affected you and those close to you?

"See attached statements from:"
John D. Single - ███████████
Terri L. Berdon - ███████████
Sharon J. Soltis - ███████████
Debbie Haag - "I don't want to really want to go there" (From my sister)
(unfortunately she didn't want to give a statement)

2. Is there anything you would like the Judge to know?

Hopefully these gentlemen will get the most strictest sentencing, for ruining peoples' lives! This will help a multitude number of victims in the future so they won't have to deal with these deceitful individuals & deplete their savings & hurt their families!

I declare under penalty of perjury, as provided under Title 28, United States Code §1746, that the foregoing is true and correct.

Signature: *Sharon J Settio*   Date: 10/9/22

My reaction with my father over the supposed money he was told he was winning, mentally affected me. It was always arguments and anger issues insisting he was a winner. He was told he was going to win all of this money and got angry because myself & family didn't believe it was true and that they were all scams. On numerous occasions my husband and I would search for him the different companies that sent him letters, to help him realize each one was a scam, but he wouldn't believe us, and insisted he was told he was a "winner". I told him they tell everyone they are "winners". He would say I was wrong and tell me I was going to hell and that I wasn't going to get a dime. It was never good enough. He had boxes of con-letters he would show to everyone and after not winning he said he was going to sue since he hadn't won the money that he was promised he'd win. He also became secretive and didn't want to discuss phone calls that he'd received & wouldn't answer the calls & eventually had his phone turned off, and I do believe someone was harassing him. Mentally it affected me giving me anxiety. My husband didn't want me to call him or accept calls from him, and he'd write me letters & it would be very upsetting to me. I spoke to the nurses, the social worker many times at the VA where he was living, and would ask them how to deal with this situation and asked them if they could stop assisting him getting stamps or mailing these letters back with the money to these cons. They said they couldn't. I tried talking to his minister also, but to no avail, no one could intervene & knock sense into him that these were scams, Who would pay money to get money back & why would these companies want to give you that kind of money I would tell him. It became very traumatizing to the extent I didn't know how to deal with him so I attended a group called NAMI (National Association Mental Illness). These meetings over three hours for six weeks helped me to learn how to deal with him & his obsession. It became an addiction with him and I feel these people preyed on the elderly giving them the impression if you keep sending us this money eventually you will win thousands or millions of dollars. It was very aggravating & frustrating to all my family members. There were so many arguments and so much anger that he insisted that he had won all of this money, and since he was told "he was a winner" and we didn't believe him, we were going to hell! He gave us all anxiety. He was determined he was going to win. He broke up our family with his behavior which he became erratic & he didn't need me or anybody else anymore since he had won all this money and we all had constant arguments and said we wouldn't get a penny of it.

Sharon J. Soltis





**To:** ███████████

**Subject:** Re: fraud issue

Stationery

**For a few years in a row I flew from Reno to Cleveland, typically for five day trips to see my dad. I rented cars and stayed in hotels just to ease into the visits with Dad, as he liked to keep to himself.**
**He was obsessed with trying to convince me that he (being a military veteran) had won a large sum of money. He spent so much time on my last 2 days of my last visit …**
**…(INSERT APPROXIMATE TIME/SEASON/APPROPRIATE CORRESPONDING DATES OF THE ACCUSED FRAUDULENT MAILINGS)…**

**…continuously debating/arguing with me about how he was going to win. Over several hours each day I did my best to stay non-confrontational, but he was very persistent, going through his drawers and boxes of records showing me stacks of letters attempting to prove to me that he was winning a lot of money. Eventually he kicked me out of his apartment and I've never seen him again (he passed away in Feb., 2022.)**

John D. Single

██████████
██████████
██████████

From: [redacted]
To: [redacted]
Subject: Dad
Date: Fri, Sep 16, 2022 9:55 am

I feel what these criminals did to my father and others was pure evil. They purposely targeted the elderly with intent on stealing from them. My elderly father was on a limited income in the VA home and they purposely promised winnings and totally misled my father into believing he could be a winner! The "promise" of money in that circumstance was too good to be true, but my father did not understand that he was being swindled by these evil crooks, which he was! They took money, money that was for a man that was a U.S. Air Force veteran had to live on! I believe they would have swindled all of my dads savings had it not been for my sister, who was keeping a look out for him and his well being!! I believe the book should be thrown at these low life's that target the elderly for their gain and give them the highest sentence possible please.

Thank you,
Terri Berdon
John Singles youngest daughter

Sent from my iPhone

