LAW OFFICES OF

# *Aidala, Bertuna & Kamins, P.C.*

| | | |
|---|---|---|
| ARTHUR L. AIDALA*<br>MARIANNE E. BERTUNA*<br>HON. BARRY KAMINS (RET.)<br>HON. JOHN M. LEVENTHAL (RET.)<br>HON. DAVID L. LEWIS (RET.)<br>JOHN S. ESPOSITO*<br>MICHAEL T. JACCARINO<br>IMRAN H. ANSARI<br>DIANA FABI SAMSON**<br>DAVID M. SCHWARTZ*+<br>ANDREA M. ARRIGO*<br>MICHAEL F. DIBENEDETTO*<br>LINO J. DE MASI<br>ROSARIO BONA<br>GIOVANNI ORLANDO CONTI<br>ALEXANDRA JO DEBENEDICTIS<br><br>*ALSO ADMITTED IN NEW JERSEY<br>**ALSO ADMITTED IN CONNECTICUT<br>+ALSO ADMITTED IN D.C | 546 FIFTH AVENUE<br>NEW YORK, NY 10036<br>TELEPHONE: (212) 486-0011<br>FACSIMILE: (917) 261-4832<br>WWW.AIDALALAW.COM | 8118 - 13TH AVENUE<br>BROOKLYN, NEW YORK 11228<br>TELEPHONE: (718) 238-9898<br>FACSIMILE: (718) 921-3292<br>_____<br><br>OF COUNSEL<br>JOSEPH A. BARATTA<br>ANTOINETTE LANTERI<br>WILLIAM R. SANTO<br>PETER S. THOMAS<br>LAWRENCE SPASOJEVICH<br>SIGURD SORENSON<br>HON. MICHAEL C. FARKAS (RET.)<br>_____<br><br>SENIOR COUNSEL<br>LOUIS R. AIDALA<br>JOSEPH P. BARATTA |

September 29, 2025

**VIA ECF**

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

          Re:   United States v. Philip Priolo
                 Criminal Docket No. 2:21-cr-566(NJC)

Dear Judge Choudhury:

      I respectfully write to advise the Court that James R. Froccaro, Esq., who has previously appeared as counsel in the above-referenced matter, will no longer be appearing before the Court or participating in any court proceedings related to this case going forward. Please note, however, that Mr. Froccaro will remain available to consult with my firm as needed.

      Thank you for the Court's attention to this notice.

                                        Respectfully submitted,

                                        _____
                                        Arthur L. Aidala
                                        Aidala, Bertuna & Kamins, P.C.

cc: *All Counsel of Record*