

**U.S. Department of Justice**
Consumer Protection Branch

---

**Ann Entwistle**
Telephone:   (202) 305-3630
Fax:              (202) 514-8742
Ann.F.Entwistle@usdoj.gov

**Overnight Delivery Address**
450 5th St., N.W., Room 6400
Washington, D.C. 20001

**Mailing Address**
P.O. Box 386
Washington, D.C. 20044

October 1, 2025

<u>By ECF and Email</u>
Honorable Nusrat Choudhury
United States District Court, CR 1040
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: *United States v. Phillip Priolo*
      Case No. 21-cr-566-NJC

Dear Judge Choudhury:

      The Government respectfully files the attached victim impact statement (in supplement to those previously filed on September 10, 2025), in connection with the upcoming sentencing of Phillip Priolo on October 16, 2025.

                                    Respectfully submitted,

                                      /s/ *Ann F. Entwistle*
                                    ANN F. ENTWISTLE
                                    CHARLES B. DUNN
                                    JASON FELDMAN
                                    Trial Attorneys
                                    Consumer Protection Branch
                                    U.S. Department of Justice
                                    (202) 305-3630
                                    Ann.F.Entwistle@usdoj.gov

cc: Michael T. Jaccarino via email and ECF
    Arthur L. Aidala via email and ECF

# Victim Impact Statement

Name: <u>Jane Longobardi Craw  (via daughter Diane Bainter)</u>

Address: ███████████████

City: ████████  State: FL  Zip Code: █████

Telephone: _____  Email Address: ████████████████████

Occupation: <u>Retired_____</u>

Victim's Age When Payment Was Sent: <u>80-83 years old</u>

---

1. How has this crime affected you and those close to you?

<u>This crime impacted my mother's emotional and financial well being. She believed that she was helping others when she gave her hard-earned money to a legitimate charity. Many of these mailings from this defendant, and the other companies set up through this person, promised rewards, either financial or material items. My mom would argue with me that she had to send in the money because that would be how she would receive the money that was promised. She truly believed she would be getting a reward, whether it was money or a "gift."  She was confused when more and more requests came from the same companies multiple times a week. The advertisements are specifically designed to play on the heart strings of the elderly. But, in her confusion she continued to give from her retirement savings and her fixed income. That savings account was what she saved all her life for her own care when it would be needed. At one point, I added up the checks she had mailed out in just two weeks. It totaled more than $500!              </u>

<u>When I realized what was going on and saw how much money had been sent in to these mailings, the stress on my life rose and our relationship became strained as I had to be the one taking her mail and her checkbook from her in order to protect her assets. She was a very intelligent and independent woman and this hurt her deeply. I worked full time and had my own family and home to take care of in addition to her finances and home. I spent many hours trying to get these mailings to stop, some continue to come to my house even now, 10 years later. The stress</u>

led to a strain on my own family and my health as well. Even now, reliving the memories of that time in my life gives me anxiety. Those were my mom's final years with her family, they should have been happy and peaceful years.

2. Is there anything you would like the Judge to know?

These criminals deliberately steal from people, they know how to create false companies and mailings and how to target people. They must be made to pay restitution and serve jail time. We must continue to work diligently to shut all of these operations down. Beyond the money lost is the real sense of feeling violated and used. Someone exploited my mother's good heart for their ill intended gain. Mail fraud is not just a financial crime, it affects the lives of real people. I ask you to keep this in mind when you consider the seriousness of the crimes committed.

I declare under penalty of perjury, as provided under Title 28, United States Code §1746, that the foregoing is true and correct.

Signature:   Diane Bainter (for Jane Longobardi Craw)   Date:  8/31/2025