

U.S. Department of Justice

Criminal Division

December 5, 2025

By ECF and Email
Honorable Nusrat Choudhury
United States District Court, CR 1040
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *United States v. Phillips, et al.*, Case No. 21-cr-566-NJC

Dear Judge Choudhury:

We write to provide notice to the Court and counsel of a change of office and address for government counsel. Pursuant to an internal reorganization, the undersigned may now be reached at:

Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20005
Fax: 202-514-3708

Government counsels' phone numbers and email addresses are unchanged, but are set forth below for the sake of completeness.

We thank the Court for its consideration of this letter.

Respectfully submitted,

/s/ *Charles B. Dunn*
CHARLES B. DUNN
ANN F. ENTWISTLE
JASON FELDMAN
Trial Attorneys
U.S. Department of Justice
(202) 305-7227 (Dunn)
(202) 305-3630 (Entwistle)
(202) 598-3802 (Feldman)
Charles.B.Dunn@usdoj.gov
Ann.F.Entwistle@usdoj.gov
Jason.B.Feldman@usdoj.gov

cc: all counsel of record via ECF